# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00564-CV

**In re Robert Lee Martin**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

**M E M O R A N D U M   O P I N I O N**

Relator has filed a petition for writ of mandamus. *See* Tex. R. App. P. 52. Having reviewed the petition and its accompanying exhibit, we deny the petition for writ of mandamus. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: September 10, 2014